Peter J. Bezek, State Bar No. 102310
Robert A. Curtis, State Bar No. 203870
**FOLEY BEZEK BEHLE & CURTIS,** LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722
Email:      pbezek@foleybezek.com
            rcurtis@foleybezek.com

J. Paul Gignac, State Bar No. 125676
**ARIAS OZZELLO & GIGNAC** LLP
115 South La Cumbre Lane, Ste. 300
Santa Barbara, CA 93105
Telephone: (805) 683-7400
Facsimile: (805) 683-7401
Email:      j.paul@aogllp.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

RAYMOND BOWER on behalf of himself and all others similarly situated,

Plaintiff,

vs.

CELLCO PARTNERSHIP dba VERIZON WIRELESS; and DOES 1 through 10, inclusive,

Defendants.

Case No. CV10 4572 MMM VBKx

**CLASS ACTION COMPLAINT FOR:**

(1) VIOLATION OF THE FEDERAL COMMUNICATIONS ACT;

(2) DECLARATORY RELIEF UNDER THE DECLARATORY JUDGMENT ACT;

(3) BREACH OF CONTRACT;

(4) VIOLATION OF THE CONSUMERS LEGAL REMEDIES ACT;

(5) VIOLATION OF CAL. BUS. AND PROF. CODE §17200; AND

(6) VIOLATION OF CAL. PUB. UTIL. CODE § 2890.

JURY DEMAND

1

COMPLAINT

## NATURE OF THE ACTION

1.     This is a consumer class action for, *inter alia*, violations of federal law, California state law and common law arising out of defendants' placement of deceptive, misleading and unauthorized charges on consumers' bill. This wrongful conduct predictably involves small amounts of damages, and defendants are attempting to carry out a scheme to deliberately cheat large numbers of consumers out of individually small sums of money. Plaintiff brings this action in his own right and on behalf of a California state class of all others similarly situated.

2.     All allegations made in this Complaint are based upon information and belief except those allegations that pertain to the plaintiff, which are based on personal knowledge. Each allegation in this Complaint either has evidentiary support or, alternatively, pursuant to Rules 8(e)(2) and 11(b)(3) of the Federal Rules of Civil Procedure, is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

## JURISDICTION AND VENUE

3.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because this matter involves a federal question, namely a violation of 47 U.S.C. § 201. Further, pursuant to 47 U.S.C. § 207, jurisdiction is proper in this Court because this is a suit for the recovery of damages under the provisions of the Federal Communications Act. Jurisdiction is also conferred on this Court by 28 U.S.C. § 1332(d), as amended by the Class Action Fairness Act of 2005. In addition, under 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over the state law claims because all of the claims are derived from a common nucleus of operative facts and are such that Plaintiff ordinarily would expect to try them in one judicial proceeding.

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) and 1446(a) because one or more of the defendants transacts substantial business within, and is subject to personal jurisdiction in, this judicial district, and

because a substantial part of the events giving rise to the claims asserted herein took place in this judicial district.

## PARTIES

5.     Plaintiff Raymond Bower (hereinafter "Plaintiff Bower") is, and at all times relevant to the claims alleged herein was, a resident of Lancaster, California.

6.     Defendant Cellco Partnership (hereinafter "Cellco" or "Defendant") is, and at all times relevant hereto was, a Delaware general partnership with its principal place of business located in Bedminster, New Jersey.  Cellco Partnership conducts business under the name Verizon Wireless.

7.     Plaintiff Bower is unaware of the true names, identities and capacities of the defendants sued herein as DOES 1 through 10.  Plaintiff Bower will amend this Complaint to allege the true names and capacities of DOES 1 through 10 when ascertained.  Plaintiff Bower is informed and believes, and thereupon alleges, that each of the defendants sued herein as a DOE is legally responsible in some manner for the events and happenings set forth herein, and has proximately caused injuries and damages to Plaintiff Bower as set forth below.

8.     Whenever, in this Complaint, reference is made to any act, deed or conduct of Defendant, the allegation means that Defendant engaged in the act, deed or conduct by or through one or more of its officers, directors, agents, employees or representatives who was actively engaged in the management, direction, control or transaction of the ordinary business and affairs of Defendant.

## FACTUAL BACKGROUND

9.     Plaintiff Bower has been a Verizon Wireless customer for more than 5 years.  Each month he receives a monthly bill from Defendant detailing his wireless telephone charges.

10.     In or about December 2008, Plaintiff Bower signed up for a free 30-day trial of a service called Verizon Navigator by downloading the Verizon Navigator program onto his phone.  According to Defendant's website, Verizon Navigator is

a $9.99/month service that "uses GPS positioning to tell you where you are, what's nearby, and to give you directions - quickly and easily." After testing this service for approximately 10 days during the free trial period, Plaintiff Bower decided that he did not like the service, and he called Defendant and requested that Defendant cancel the Verizon Navigator service.

11.     Despite Plaintiff Bower cancelling this service during the free trial period, beginning with Plaintiff Bower's January 7, 2009 bill, under the section of Plaintiff Bower's bills labeled "Usage Charges – Get It Now Downloads", unauthorized charges appeared each and every month for more than a year. These charges were labeled "Get It Now Downloads" and were always $9.99 each.

12.     When Plaintiff Bower contacted Defendant about these charges, Plaintiff Bower was informed that these charges stemmed from the Verizon Navigator service that he had cancelled during the free trial period and was no longer using.

13.     Plaintiff Bower, on at least six separate occasions, called Verizon Wireless to complain about these re-occurring charges, and each time he was told that he would be credited for any past charges and that the erroneous charges would no longer appear on his bill.

14.     Despite these promises, the unauthorized charges for the Verizon Navigator service continued to appear on his bills. In addition, Plaintiff Bower is informed and believes that other unauthorized charges (in addition to the $9.99 charges on his bills) are related to the Verizon Navigator service. Plaintiff paid each bill in full, including many unauthorized charges for which he has not received a credit.

15.     In addition, the "Get It Now Download" entries on Defendant's billing statements to its customers are not sufficiently clear in presentation and are not specific enough in content to enable a reasonable consumer to accurately assess whether the services for which he/she was billed correspond to those services that he/she has requested and received. True and correct copies of excerpts from

1   Plaintiff's monthly billing statements for January 2009, June 2009 and September
2   2009 are attached collectively hereto as Exhibit "A".

3                              **CLASS ACTION ALLEGATIONS**

4   16.     Plaintiff Bower brings this action, on behalf of himself and all others
5   similarly situated, as a class action pursuant to Rule 23 of the Federal Rules of
6   Civil Procedure.  The class that Plaintiff Bower seeks to represent is defined as: all
7   residents of the State of California who have been charged and have paid for the
8   Verizon Navigator service after cancelling such service or without ever specifically
9   requesting such service from Defendant ("the Class").

10  17.     This action is brought and properly may be maintained as a class action
11  pursuant to the provisions of F.R.Civ.P. 23(a)(1)-(4) and 23(b)(1), (b)(2) or (b)(3)
12  and satisfies the requirements thereof.

13  18.     While the exact number of members of the Class is unknown to Plaintiff
14  Bower at this time and can only be determined by appropriate discovery,
15  membership in the Class is ascertainable based upon the billing records maintained
16  by Defendant.  Indeed, many Verizon Wireless customers are complaining about
17  this same problem on the Internet:

18          (a)     On the website   http://800notes.com/Phone.aspx/1-800-350-
19  2830, an Internet poster named Valerie claims: "I was being charged for Navigator
20  since Jan. 14 on my Verizon account. Verizon says I downloaded the Navigator
21  program on my cell phone on Jan. 14. I know that I did not download the program.
22  . . . Verizon has been charging me an extra $10.00 a month for the Navigator
23  program that I do not use and did not download."

24          (b)     On the website   http://text.broadbandreports.com/shownews/
25  Verizon-To-Refund-Millions-For-Unwanted-Ring-Tones-103115     an     Internet
26  poster wrote: "I wonder if they're also going to stop charging people for "free
27  trials" that they've tried to cancel repeatedly. When I upgraded my phone around
28  the beginning of the year, it came with some free trials (VZW Navigator &

something else.) I never even tried it out, so I cancelled it a week before the trial period was even up -- or so I thought. For the next few months, they kept trying to bill me for it anyway. I'd call in, get a credit issued, and supposedly the services I didn't want were cancelled. Then the same thing would happen next month. . . I understand mistakes and glitches happen, and I wouldn't be too upset if it had happened just once. But for it to happen repeatedly like this is simply inexcusable."

(c) On the website http://www.my3cents.com/companyReview.cgi? compid=556&subcat=6 an Internet poster wrote: "Unbelievable is the first word that comes to mind related to. . . the nightmare, that dealing with Verizon has been for myself and my family since May of 2008 . . . . Our bills reflect services we have never requested (navigator, unlimited games etc.). Hours and hours (at least 20 in total over the last months) on hold with Verizon Wireless who then transfer us to the landline bill pay center who transfer us to "one bill" and none of these folks can help us. They each refer to the other. A 1/2 day of PTO time wasted last week to visit the Verizon Store and guess what? They could not help either."

(d) On the website http://coreyshields.com/node/69 an Internet poster wrote: "When Linds' got her new phone, they asked if we wanted VZ Navigator and some other service. I told them no. She said that I had the VZ Nav. for free for one month and all I had to do was cancel it on the phone. I marked it on the calendar and made sure that I canceled it before the month was over. The next bill I had a $10.99 charge for VZ Navigator."

19.     At this time, Plaintiff Bower is informed and believes that the Class likely includes thousands of members.   Therefore, the Class is sufficiently numerous that joinder of all members of the Class and in a single action is impracticable under F.R.Civ.P. 23(a)(1), and the resolution of their claims through the procedure of a class action will be of benefit to the parties and the Court.

20.     Common questions of law and fact exist as to the members of the Class, as required by F.R.Civ.P. 23(a)(2), and predominate over any questions that affect

only individual members of the Class within the meaning of F.R.Civ.P. 23(b)(3).

21.     The common questions of fact include, but are not limited to, the following:

            (a)   whether Defendant has engaged in a practice of unauthorized billing for Verizon Navigator;

            (b)   whether Defendant fully and adequately disclosed to consumers its billing policies and practices for Verizon Navigator; and

            (c)   whether the class members have sustained damages as a result of Defendant's practice of unauthorized billing for Verizon Navigator and, if so, the proper measure and appropriate formula to be applied in determining such damages.

22.     The questions of law that are common to the members of the Class include, but are not limited to, the following:

            (a) whether Defendant's practice of unauthorized billing for Verizon Navigator and/or Defendant's failure to make full and adequate disclosures to its customers concerning its billing practices violates §201(b) of the Federal Communications Act;

            (b)   whether the class members are entitled to the declaratory relief sought herein;

            (c) whether Defendant's practice of unauthorized billing for Verizon Navigator and/or Defendant's failure to make full and adequate disclosures to its customers concerning its billing practices constitutes a breach of the terms and conditions of the class members' contractual agreements with Defendant;

            (d) whether Defendant's practice of unauthorized billing and/or Defendant's failure to make full and adequate disclosures to its customers concerning its billing practices violates one or more provisions of the Consumers Legal Remedies Act;

            (e) whether Defendant's practice of unauthorized billing for Verizon

COMPLAINT

Navigator and/or Defendant's failure to make full and adequate disclosures to its customers concerning its billing practices constitutes an unfair, unlawful and/or fraudulent business practice under California Business and Professions Code section 17200, et seq.; and

(f) whether Defendant's practice of unauthorized billing for Verizon Navigator and/or Defendant's failure to make full and adequate disclosures to its customers concerning its billing practices constitutes a violation of California Public Utility Code section 2890.

23.     Plaintiff Bower's claims are typical of the claims of the other members of the Class whom he seeks to represent under F.R.Civ.P. 23(a)(3) because Plaintiff Bower and each member of the Class have been subjected to the same improper billing practices and have been damaged in the same manner thereby.

24.     Plaintiff Bower will fairly and adequately represent and protect the interests of the Class as required by F.R.Civ.P. 23(a)(4).  Plaintiff Bower is an adequate representative of the Class because he has no interests that are adverse to the interests of the other members of the Class.  Plaintiff Bower is committed to the vigorous prosecution of this action and, to that end, Plaintiff Bower has retained counsel who are competent and experienced in handling class action litigation on behalf of consumers.

25.     A class action is superior to any other available methods for the fair and efficient adjudication of the claims asserted in this action under F.R.Civ.P. 23(b)(3) since:

(a)     the expense and burden of individual litigation make it economically unfeasible for class members to seek redress other than through the procedure of a class action;

(b)   if separate actions were brought by individual class members, the resulting duplicity of lawsuits would cause undue hardship and expense to the Court and the litigants by necessitating multiple trials of similar factual issues; and

**COMPLAINT**

(c)  absent a class action, Defendant likely would retain the benefits of its wrongdoing, and there would be a failure of justice.

26.     In the alternative, this action is certifiable under the provisions of F.R.Civ.P. 23(b)(1) and/or 23(b)(2) because:

(a)  the prosecution of separate actions by individual class members would create a risk of inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for Defendant;

(b)  the prosecution of separate actions by individual class members would create a risk of adjudications as to them that would, as a practical matter, be dispositive of the interests of the other class members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and

(c)  Defendant has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole and necessitating that any such relief be extended to the class members on a mandatory, class wide basis.

27.     Plaintiff is aware of no difficulty that will be encountered in the management of this litigation which should preclude its maintenance as a class action.

28.     The names and addresses of the members of the Class are available from Defendant's records.  Notice can be provided to the members of the Class via first class mail or otherwise using techniques and a form of notice similar to those customarily used in consumer class actions arising under California state law and federal law.  Specifically, notice can be provided to the members of the Class who are current customers of Defendant by including a bill insert notice in the monthly

1  wireless telephone bills sent to Defendant's customers, with the minimal cost of
2  such notice to be borne by Defendant.

3  ## FIRST CLAIM FOR RELIEF

4  ### (Violation Of The Federal Communications Act,

5  ### 47 U.S.C. § 201)

6  29.      Plaintiff Bower repeats and incorporates herein by reference each and
7  every allegation in paragraphs 1 through 28, inclusive, as though fully set forth
8  herein.

9  30.      Plaintiff Bower brings this claim for relief on behalf of himself and the
10  members of the Class.

11  31.      Defendant   is   a   common   carrier   engaged   in   interstate   wireless
12  communication for the purpose of furnishing communication services within the
13  meaning of §201(a) of the Federal Communications Act ("FCA").

14  32.      Defendant's   practice   of   unauthorized   billing   for   Verizon   Navigator
15  constitutes an unjust and unreasonable charge and practice in connection with
16  communication services and, therefore, violates §201(b) of the FCA.  In addition,
17  Defendant's   failure   to   make   full   and   adequate   disclosures   to   its   customers
18  concerning the services being provided to them violates CFR § 64.2401 and,
19  therefore, violates §201(b) of the FCA.

20  33.      As a direct and proximate result of Defendant's violation of §201(b) of
21  the FCA, Plaintiff Bower and each member of the Class have been damaged in an
22  amount according to proof at trial.

23  ## SECOND CLAIM FOR RELIEF

24  ### (Declaratory Relief Under The Declaratory Judgment Act,

25  ### 28 U.S.C. § 2201, et seq.)

26  34.      Plaintiff Bower repeats and incorporates herein by reference each and
27  every allegation in paragraphs 1 through 28, inclusive, as though fully set forth
28  herein.

35.     Plaintiff Bower brings this claim for relief on behalf of himself and the members of the Class.

36.     An actual controversy has arisen and now exists between Plaintiff Bower and the class members, on one hand, and Defendant, on the other hand, concerning their respective rights and duties in that Plaintiff Bower and the class members contend that Defendant is engaging in and continues to engage in unauthorized billing practices for Verizon Navigator and is failing to make full and adequate disclosures to its customers concerning the services being provided to them, while Defendant contends that its actions and conduct are lawful and proper.

37.     A judicial declaration is necessary and appropriate at this time, under the circumstances presented, in order that Plaintiff Bower and the members of the Class may ascertain their rights and duties with respect to Defendant's practices.

## THIRD CLAIM FOR RELIEF

### (Breach Of Written Contract)

38.     Plaintiff Bower repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 28, inclusive, as though fully set forth herein.

39.     Plaintiff Bower brings this claim for relief on behalf of himself and the members of the Class.

40.     Plaintiff Bower and Defendant entered into a written contract under which Defendant agreed to provide Plaintiff Bower with wireless telephone service.

41.     Plaintiff Bower and each member of the Class are parties to written contracts, namely wireless telephone service agreements, with Defendant that are uniform with respect to the provisions applicable to the claims asserted against Defendant.

42.     Plaintiff Bower and the members of the Class have performed all conditions, covenants, and promises required to be performed on their part in

accordance with the terms and conditions of the wireless telephone service agreements, except to the extent such performance was excused, released or waived by the actions, conduct or agreement of Defendant.

43.     Defendant breached its contractual obligations under the wireless telephone service agreements with Plaintiff Bower and each member of the Class by engaging in the practice of unauthorized billing for Verizon Navigator and by failing to make full and adequate disclosures to its customers concerning the services being provided to them.  In addition, Defendant breached its contractual obligations under the wireless telephone service agreements by either cramming Verizon Navigator services on its customers' accounts or continuing to bill its customers for Verizon Navigator service after the customers had cancelled the service.

44.     As a direct and proximate result of Defendant's breach of the wireless telephone service agreements, Plaintiff Bower and each member of the Class have been damaged in an amount according to proof at trial.

## FOURTH CLAIM FOR RELIEF

### (Violation Of The Consumers Legal Remedies Act,

### California Civil Code § 1750, et seq.)

45.     Plaintiff Bower repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 28, inclusive, as though fully set forth herein.

46.     Plaintiff Bower brings this claim for relief on behalf of himself and the members of the Class pursuant to the Consumers Legal Remedies Act, *California Civil Code* §1750 et seq. ("the CLRA").

47.     The CLRA applies to Defendant's actions and conduct described herein because it extends to transactions which are intended to result, or which have resulted, in the sale or lease of goods or services to consumers.

48.     Plaintiff Bower and each member of the Class is a "consumer" within the

1  meaning of *California Civil Code* §1761(d).

2  49.    The wireless telephone service that Plaintiff Bower and each member of

3  the Class obtained through Defendant comes within the definition of "services" set

4  forth in California Civil Code §1761(b).

5  50.    By engaging in the practice of unauthorized billing for Verizon

6  Navigator, cramming Verizon Navigator services on customers' accounts and/or

7  continuing to bill customers for Verizon Navigator service after the customers had

8  cancelled the service and by failing to make full and adequate disclosures to its

9  customers concerning the services being provided to them, Defendant has violated,

10 and continues to violate, the CLRA in at least the following respects:

11     (a)   in violation of section 1770(a)(4) of the CLRA, Defendant has

12 used deceptive representations in connection with services;

13     (b)   in violation of section 1770(a)(5) of the CLRA, Defendant has

14 represented that services have characteristics or benefits which they do not have;

15 and

16     (c)   in violation of section 1770(a)(14) of the CLRA, Defendant has

17 represented that a transaction confers or involves rights which it does not have or

18 involve.

19 51.    In addition, in violation of section 1770(a)(19) of the CLRA, Defendant

20 has inserted an unconscionable provision in a contract – namely, a provision

21 requiring Plaintiff Bower and each member of the Class to arbitrate any disputes

22 arising out of the wireless services agreement and to do so solely on an individual

23 basis.

24 52.    Unless Defendant is enjoined from continuing to engage in violations of

25 the CLRA, Plaintiff Bower and the other members of Class will continue to be

26 injured by Defendant's actions and conduct.

27                          **FIFTH CLAIM FOR RELIEF**

28     **(Violation Of The Unfair Competition Law – California Business And**

**Professions Code § 17200, et seq.)**

53.     Plaintiff Bower repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 27, inclusive, as though fully set forth herein.

54.     Plaintiff Bower brings this claim for relief on behalf of himself and the members of the Class.

55.     Defendant has engaged in and continues to engage in the unfair, unlawful and/or fraudulent business practices of unauthorized billing for Verizon Navigator, cramming Verizon Navigator services on customers' accounts and/or continuing to bill customers for Verizon Navigator service after the customers had cancelled the service, and failing to make full and adequate disclosures to its customers concerning the services being provided to them.

56.     By engaging in the above-described practices, Defendant has committed one or more acts of unfair competition within the meaning of *California Business and Professions Code* § 17200.

57.     Defendant's practices are unfair because Defendants do not fully and adequately disclose its billing practices to its customers at the time that the customers contract with Defendant to obtain their wireless telephone service and, in addition, because Defendant either crammed Verizon Navigator services on customers' accounts or continued to bill customers for Verizon Navigator service after the customers had cancelled the service and, therefore, are immoral, unethical, oppressive, unscrupulous and/or substantially injurious to the members of the Class.

58.     Defendant's practices are unlawful because they violates, *inter alia*, §201(b) of the FCA, CPUC §2890, CFR § 64.2401 and §1770 of the CLRA.

59.     Defendant's practices are fraudulent because they have deceived and are likely to deceive members of the Class.

60.     Unless Defendant is enjoined from continuing to engage in these unfair,

1   unlawful and/or fraudulent business practices, Plaintiff Bower and the other Class

2   members will continue to be injured by Defendant's actions and conduct.

3   61.     So as not to be unjustly enriched by its own wrongful actions and

4   conduct, Defendant should be required to disgorge and restore to Plaintiff Bower

5   and the members of the Class all monies wrongfully obtained by Defendant as a

6   result of its unfair, unlawful and/or fraudulent business practices, together with

7   interest thereon.

8                        **SIXTH CLAIM FOR RELIEF**

9            **(Violation Of California Public Utilities Code §2890)**

10  62.     Plaintiff Bower repeats and incorporates herein by reference each and

11  every allegation in paragraphs 1 through 28, inclusive, as though fully set forth

12  herein.

13  63.     Plaintiff Bower brings this claim for relief on behalf of himself and the

14  members of the Class.

15  64.     Defendant has engaged in and continues to engage in the practice of

16  unauthorized billing for Verizon Navigator, cramming Verizon Navigator services

17  on customers' accounts and/or continuing to bill customers for Verizon Navigator

18  service after the customers had cancelled the service and failing to make full and

19  adequate disclosures to its customers concerning the services being provided to

20  them as described herein.

21  65.     *California Public Utility Code* §2890 was passed to "addresses the

22  problem of 'cramming,' a practice in which consumers are charged for

23  unauthorized services in their phone bills. . . . Often the charges which are

24  'crammed' on the customer's bill are relatively small, less than $10, and

25  inconspicuously labeled.  If one does not carefully scrutinize the telephone bill, the

26  crammed charge could easily be overlooked."

27  66.     By engaging in the above-described practices of unauthorized billing for

28  Verizon Navigator, cramming Verizon Navigator services on customers' accounts,

continuing to bill customers for Verizon Navigator service after the customers had cancelled the service, and failing to make full and adequate disclosures to its customers concerning the services being provided to them, Defendant has violated *California Public Utility Code* §2890 which states, *inter alia,* that "a telephone bill may only contain charges for products or services, the purchase of which the subscriber has authorized."

67.     As a direct and proximate result of Defendant's violations of *California Public Utility Code* §2890, Plaintiff Bower and the other members of the Class have been damaged in an amount according to proof at trial.

68.     Unless Defendant is enjoined from continuing to violate *California Public Utility Code* §2890, Plaintiff Bower and the members of the Class will continue to be injured by Defendant's actions and conduct.

69.     So as not to be unjustly enriched by its own wrongful actions and conduct, Defendant should be required to disgorge and restore to Plaintiff Bower and the members of the Class all monies wrongfully obtained by Defendant as a result of its violations of *California Public Utility Code* §2890, together with interest thereon.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Bower prays for judgment as follows:

### On The First Claim For Relief

For compensatory damages in an amount according to proof at trial;

For prejudgment interest commencing on the date of collection of the unauthorized charges; and,

For reasonable attorneys' fees pursuant to 47 U.S.C. §206.

### On The Second Claim For Relief

That this Court declare that Defendant's practices of unauthorized billing for Verizon Navigator, cramming Verizon Navigator services on customers' accounts, continuing to bill customers for Verizon Navigator service after the customers had

1  cancelled the service, and failing to make full and adequate disclosures to its

2  customers concerning the services being provided to them are unjust, unreasonable

3  and unlawful.

### On The Third Claim For Relief

5  For compensatory damages in an amount according to proof at trial; and

6  For prejudgment interest commencing on the date of collection of the

7  unauthorized charges.

### On The Fourth Claim For Relief

9  For an order enjoining Defendant from engaging in the practices of

10  unauthorized billing for Verizon Navigator, cramming Verizon Navigator services

11  on customers' accounts, continuing to bill customers for Verizon Navigator service

12  after the customers had cancelled the service and failing to make full and adequate

13  disclosures to its customers concerning the services being provided to them.

### On The Fifth Claim For Relief

15  For an order enjoining Defendant from engaging in the practices of

16  unauthorized billing for Verizon Navigator, cramming Verizon Navigator services

17  on customers' accounts, continuing to bill customers for Verizon Navigator service

18  after the customers had cancelled the service and failing to make full and adequate

19  disclosures to its customers concerning the services being provided to them.;

20  For disgorgement and restitution to Plaintiff Bower and the members of the

21  Class of all monies wrongfully obtained and retained by Defendant; and

22  For interest on the monies wrongfully obtained from the date of collection of

23  the unauthorized charges through the date of entry of judgment in this action.

### On The Sixth Claim For Relief

25  That this Court declare that Defendant's practices of unauthorized billing for

26  Verizon Navigator, cramming Verizon Navigator services on customers' accounts,

27  continuing to bill customers for Verizon Navigator service after the customers had

28  cancelled the service and failing to make full and adequate disclosures to its

**COMPLAINT**

1   customers concerning the services being provided to them, violates CPUC § 2890;

2       For an order enjoining Defendant from engaging in the practices of

3   unauthorized billing for Verizon Navigator, cramming Verizon Navigator services

4   on customers' accounts, continuing to bill customers for Verizon Navigator service

5   after the customers had cancelled the service and failing to make full and adequate

6   disclosures to its customers concerning the services being provided to them;

7       For disgorgement and restitution to Plaintiff Bower and the members of the

8   Class of all monies wrongfully obtained and retained by Defendant;

9       For compensatory damages in an amount according to proof at trial; and

10      For interest on the monies wrongfully obtained from the date of collection of

11  the unauthorized charges through the date of entry of judgment in this action.

**On All Claims For Relief**

13      For all attorneys' fees, expenses and recoverable costs reasonably incurred

14  in connection with the commencement and prosecution of this action; and

15      For such other and further relief as the Court deems just and proper.

18  DATED: June 21, 2010          **FOLEY BEZEK BEHLE & CURTIS** LLP

19                                **ARIAS OZZELLO & GIGNAC** LLP

21                                By: _____

22                                    Robert A. Curtis

23                                Attorneys for Plaintiff Raymond Bower

24  ///

25  ///

26  ///

27  ///

28  ///

## JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable in this action

DATED:  June 21, 2010                    **FOLEY BEZEK BEHLE & CURTIS** LLP
                                         **ARIAS OZZELLO & GIGNAC** LLP


                                         By: _____
                                                Robert A. Curtis

                                         Attorneys for Plaintiff Raymond Bower

# EXHIBIT A

# EXHIBIT A



**verizon**

Billing Date: **01/07/09**   Page 1 of 16
Telephone Number : 661 943-1133  871005
Account Number: 01 1766 1165299682 10
How to Reach Us :  See page 2

RAYMOND BOWER

## Account Summary

| | |
|---|---|
| Previous Charges | $ 372.76 |
| Payment Received Dec 24. Thank You. | − 372.76 |
| **Balance** | **$ .00** |

### New Charges

| | |
|---|---|
| Verizon (page 3) | $ 70.89 |
| DIRECTV (page 4) | 83.37 |
| Verizon Online (page 5) | 37.99 |
| Verizon Wireless (page 5) | 213.69 |
| Verizon Long Distance (page 13) | 6.84 |
| Total New Charges Due  Jan 31, 2009 | $ 412.78 |

To avoid a late payment charge, payment
must be received before Feb 7, 2009.

| **Total Due** | **$ 412.78** |
|---|---|

*Moving?*

*Moving?* **1-866-VZ-MOVES**
*One call gets you up & running!
Count on the Verizon network to make
at least one part of your move easier.
Across the street or across the nation
all you need is one call to Verizon to
set up your Internet, phone & digital
TV in your new home in no time.
Service availability varies.*

*1-20-08*
*LBCB34WS*

**Mail Payments To:**
Verizon California, PO Box 9688, Mission Hills CA 91346-9688

**Change of billing address?**
Go to verizon.com/billingaddress or call us.

**see other side for important regulatory messages**          ▼ Detach & return payment slip with your check, payable to Verizon.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**verizon**

☐  **Yes!** *I want to be a Literacy Champion.
Sign me up for a $1 monthly donation
to* **Verizon Reads.** *Your signature is
required.* _____

| Account: | 01 1766 1165299682 10 | 210*HBRDA1 |
|---|---|---|
| | | 00048794 020000315677 |
| | | 01-CA    1766 |
| New Charges Due: | Jan 31, 2009 | 661943)133  19871005 |
| **Total Due:** | **$ 412.78** | 010709 |

Amount Paid :

$ ☐ ☐ ☐ . ☐ ☐

00048794 02 AV 0.449 DC010711 0245
RAYMOND BOWER
43751 37TH ST W
LANCASTER CA  93536-6305

VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS CA  91346-9688

01 1766 1165299682 10N0000000000 000000041278 04

Ex A pg 1 of 6

**verizon**

**verizon**wireless

*Verizon Wireless
inquiry call
1 877 214-4572*

## USAGE CHARGES

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Voice** | | | | | |
| SharePlan | minutes | 3000shared | 919 | -- | -- |
| IN Calling | minutes | unlimited | 534 | -- | -- |
| Night/Weekend | minutes | | 1299 | -- | -- |
| **Total Voice** | | | | | $.00 |

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Data** | | | | | |
| TXT Messaging | messages | unlimited | 967 | -- | -- |
| UnlimitedIN TXT | messages | unlimited | 265 | -- | -- |
| PIX-FLIX Messaging | messages | unlimited | 9 | -- | -- |
| Get It Now Downloads | downloads | -- | 2 | 2 | 9.99 |
| Megabyte Usage | megabytes | -- | 9 | 9 | 17.91 |
| **Total Data** | | | | | $27.90 |
| **Total Usage Charges** | | | | | $27.90 |

## NEED-TO-KNOW INFORMATION

California - Questions About Your Bill?
Call Customer Service at 1-877-214-4572. Send written disputes to:
Verizon Wireless, Customer Service, P.O. Box 96082, Bellevue, WA
98009.  If you are disputing a charge because you contend it was not
authorized, and we need time to investigate the complaint, you are not
required to pay the disputed amount while our investigation is
pending.  If you have a complaint you cannot resolve with us, write
the California Public Utilities Commission at Consumer Affairs Branch,
505 Van Ness Ave., San   Francisco, CA 94102, or at www.cpuc.ca.gov,
or call 1-800-649-7570 or TTS 1-800-229-6846.
Warranty Replacements
Experiencing problems with your handset? Call us at 1.866.406.5154
from a landline phone. If we're unable to resolve the issue and it's
due to a manufacturing defect within the first year of ownership,
we'll send a replacement device right to your door for free. For
assistance with billing inquiries or to reach Customer Service, please
call 1.800.922.0204.
Toll-Free Number Calling Reminder
Verizon Wireless offers Caller ID Blocking service to protect the
privacy of your wireless phone number. When Caller ID Block is
activated, your wireless phone number will not be displayed when you
call someone who uses Caller ID. However, there are some limitations
to the service. When placing calls to certain 800 toll-free numbers,
or when dialing 911 emergency services, your wireless phone number may
be disclosed even if Caller ID Block is activated on your wireless
phone. You should also be aware that (a) if you call a local emergency
service seven-digit telephone number while Caller ID Block is
activated, or (b) if Caller ID Block is not activated and you attempt

Ex A pg 2 of 6



Billing Date: **06/07/09**   Page 1 of 16
Telephone Number : 661 943-1133  871005
Account Number: 01 1766 1165299682 10
How to Reach Us : See page 2

RAYMOND BOWER

## Account Summary

| | |
|---|---|
| Previous Charges | $ 532.41 |
| Payment Received May 22. Thank You. | − 532.41 |
| **Balance** | **$ .00** |

### New Charges

| | |
|---|---|
| Verizon (page 3) | $ 91.67 |
| DIRECTV (page 4) | 87.44 |
| Verizon Online (page 5) | 37.99 |
| Verizon Wireless (page 5) | 216.82 |
| Verizon Long Distance (page 13) | 7.09 |
| **Total New Charges Due  Jul 1, 2009** | **$ 441.01** |

To avoid a late payment charge, payment
must be received before Jul 8, 2009.

| | |
|---|---|
| **Total Due** | **$ 441.01** |

*JB8BWIAA
6-24-09
441.01*

**Mail Payments To:**
Verizon California, PO BOX 9688, Mission Hills CA 91346-9688

**Change of billing address?**
Go to verizon.com/billingaddress or call us.

**see other side for important regulatory messages**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

▼ Detach & return payment slip with your check, payable to Verizon.



| | | |
|---|---|---|
| Account: | 01 1766 1165299682 10 | 210*HBRDA1<br>00044306 020000294197<br>01-CA    1766<br>6619431133  19871005 |
| New Charges Due: | Jul 01, 2009 | |
| **Total Due:** | **$ 441.01** | |
| | | 060709 |

Yes! *I want to be a Literacy Champion.
Sign me up for a $1 monthly donation
to* **Verizon Reads.** *Your signature is
required.* _____

Amount Paid :

$ ☐☐☐☐☐

00044306  02 AV 0.460  DC060711  0229
RAYMOND BOWER
43751 37TH ST W
LANCASTER CA  93536-6305

VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS CA  91346-9688

01 1766 1165299682 1ON00000000000 00000044101 06

Ex A pg 3 of 6



**verizon**wireless

*Verizon Wireless*
*inquiry call*
*1 877 214-4572*

## USAGE CHARGES

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Voice** | | | | | |
| SharePlan | minutes | 3000shared | 2131 | --- | --- |
| Mobile toMobile | minutes | unlimited | 1910 | --- | --- |
| Night/Weekend | minutes | | 1843 | --- | --- |
| 411 Search | calls | -- | 2 | 2 | 2.98 |
| **Total Voice** | | | | | **$2.98** |

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Data** | | | | | |
| TXT Messaging | messages | unlimited | 1274 | --- | --- |
| UnlimitedM2M TXT | messages | unlimited | 81 | --- | --- |
| PIX-FLIX Messaging | messages | unlimited | 19 | --- | --- |
| Get It Now Downloads | downloads | -- | 3 | 3 | 9.99 |
| Megabyte Usage | megabytes | -- | 9 | 9 | 17.91 |
| **Total Data** | | | | | **$27.90** |
| **Total Usage Charges** | | | | | **$30.88** |

## NEED-TO-KNOW INFORMATION

California - Questions About Your Bill?
Call Customer Service at 1-877-214-4572. Send written disputes to:
Verizon Wireless, Customer Service, P.O. Box 96082, Bellevue, WA
98009. If you are disputing a charge because you contend it was not
authorized, and we need time to investigate the complaint, you are not
required to pay the disputed amount while our investigation is
pending. If you have a complaint you cannot resolve with us, write
the California Public Utilities Commission at Consumer Affairs Branch,
505 Van Ness Ave., San   Francisco, CA 94102, or at www.cpuc.ca.gov,
or call 1-800-649-7570 or TTS 1-800-229-6846.
Warranty Replacements
Experiencing problems with your handset? Call us at 1-866-406-5154
from a landline phone. If we're unable to resolve the issue and it's
due to a manufacturing defect within the first year of ownership,
we'll send a replacement device right to your door for free. For
assistance with billing inquiries or to reach Customer Service, please
call1-800-922-0204.
Stay Connected When Traveling Abroad
Verizon Wireless offers voice service in more than 220 destinations
around the world and data access in more than 177 destinations. To
find out about phone or PDA capabilities and whether your destination
is on the list, visit verizonwireless.com/vzglobal for data coverage
and voice service.
New Safeguards Now Available
You can now block calls, text messages and Internet spam for each line
on your account on My Verizon. Now you have the flexibility and
privacy to manage your own safety and control features in one,

Ex A  pg 4  of 6

Billing Date: **09/07/09** Page 1 of 16
Telephone Number : 661 943-1133 871005
Account Number: 01 1766 1165299682 10
How to Reach Us : See page 2

Billing Date: **09/07/09** Page 3 of 16
Telephone Number : 661 943-1133 871005
Account Number: 01 1766 1165299682 10
How to Reach Us : See page 2

ER

ary

|  |  |
|---|---|
| | $ 464.60 |
| Aug 27. Thank You. | – 464.60 |
| | $ .00 |

|  |  |
|---|---|
| | $ 92.37 |
| | 92.55 |
| ge 5) | 37.99 |
| age 5) | 142.88 |
| nce (page 13) | 6.09 |
| age 14) | 7.81 |
| **s Due Oct 1, 2009** | **$ 379.69** |

ent charge, payment
ore Oct 8, 2009.

**$ 379.69**

on Wireless adjustment. See page 6.

TBVBS8VC
4/30/09

) Box 9688, Mission Hills CA 91346-9688

ldress?
ingaddress or call us.

mportant regulatory messages

nt to be a Literacy Champion.
up for a $1 monthly donation
**on Reads.** Your signature is



**Talk Around The World!**
118 countries for $10/mo - add Verizon
International Single Rate Plan to your
existing Verizon Freedom package and
enjoy 300 minutes of talk time for
just $10/mo. Sign up today & start
saving! Call now 1-877-590-7577.
Terms, restrictions and
premium surcharges may apply.



**Answers And Fixes 24/7, 365**
Now you can count on Verizon for
more with Premium Technical Support.
Wireless not working? Setting up a new
PC for school? We're here for many
issues. PC, peripherals and beyond.
Just $9.99/mo 1st 3 mos.
plus taxes. Call 1-888-747-4977



**Get More, Save More**
At Verizon, we want to make sure
you're getting the best services at
the best value - from phone and
Internet, to TV and money-saving
bundles. Call 1-888-652-8111
today, and together we'll evaluate
your current services, and find
ways to save you even more.

▼ Detach & return payment slip with your check, payable to Verizon.

Account: 01 1766 1165299682 10
210*HBRDA1
00043132 02000257759
01-CA 1766
661943133 19871005

**New Charges Due: Oct 01, 2009**

**Total Due: $ 379.69** 090709

Amount Paid : $ ☐☐☐☐☐

VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS CA 91346-9688

it Rate
| 19.91 | 19.91 |
| 19.91 | 19.91 |
| 6.50 | 6.50 |
| 7.00 | 7.00 |
| | $ 53.32 |

| | 1.63 |
| | .07 |
| | .21 |
| n | .73 |
| nd | .08 |
| | .20 |
| | .03 |
| | .47 |
| | .05 |
| | .84 |
| | .90 |
| | $ 5.21 |
| | $ 58.53 |

: (Sep 7 to Oct 7)

t Rate
| 54.99 | 54.99 |
| 3.00 | CR 3.00 |

| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |

| | $ 51.99 |

Rate
19.91 | CR 19.91

| | CR $ 19.91 |

| | CR .62 |
| | .03 |
| | .09 |
| | .31 |
| | .03 |
| | .09 |
| d | .01 |
| | 1.60 |
| | .20 |
| | .02 |
| | $ 1.76 |

AV 0.460 DC090711 0160
WER
W
CA 93536-6305

6 1165299682 10ND00000000000 00000037969 08

00043132 020000257761

Ex A pg 5 of 6



Billing Date: **09/07/09** Page **12** of **16**
Telephone Number : 661 943-1133 871005
Account Number: 01 1766 1165299682 10
How to Reach Us : See page 2

*Verizon Wireless
inquiry call
1 877 214-1572*

## CHARGES

**Monthly Access Charges**
| | |
|---|---:|
| Current Calling Plan  Add'l Line  08/17 - 09/16 | 9.99 |
| WPP Insurance - Asurion 08/17 - 09/16 | 4.99 |
| | $ 14.98 |

**Usage Charges**
| | |
|---|---:|
| Voice | 1.49 |
| Data | 19.98 |
| | $ 21.47 |

**Verizon Wireless' Surcharges**
| | |
|---|---:|
| Fed Universal Service Charge | .32 |
| Regulatory Charge | .07 |
| Administrative Charge | .92 |
| CA State P.U.C. Fee | .02 |
| | $ 1.33 |

**Taxes, Governmental Surcharges and Fees**
| | |
|---|---:|
| CA State 911 Fee | .07 |
| CA State High Cost Fund (B) | .02 |
| CA Teleconnect Fund Surchg | .01 |
| CA State High Cost Fund (A) | .01 |
| Lifeline Surcharge - CA | .13 |
| CA Advanced Svrcs Fund (CASF) | .02 |
| CA Relay Srvc/Comm Device Fund | .02 |
| | $ .28 |

**Total Current Charges for 661-466-3289**     **$ 38.06**

## USAGE CHARGES

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Voice** | | | | | |
| SharePlan | minutes | 3000shared | 821 | -- | -- |
| Mobile toMobile | minutes | unlimited | 3051 | -- | -- |
| Night/Weekend | minutes | | 273 | -- | -- |
| 411 Search | calls | -- | 1 | 1 | 1.49 |
| Total Voice | | | | | $1.49 |

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Data** | | | | | |
| TXT Messaging | messages | unlimited | 1121 | -- | -- |
| UnlimitedM2M TXT | messages | unlimited | 140 | -- | -- |
| PIX-FLIX Messaging | messages | unlimited | 4 | -- | -- |
| Get It Now Downloads | downloads | -- | 3 | 3 | 19.98 |
| Total Data | | | | | $19.98 |
| Total Usage Charges | | | | | $21.47 |

01  1766  6619431133  871005  10  08  CA210*HBRDA1  00043132  020000257770

Ex  A  pg 6  of 6

Peter J. Bezek, State Bar No. 102310
Robert A. Curtis, State Bar No. 203870
**FOLEY BEZEK BEHLE & CURTIS,** LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Telephone:  (805) 962-9495
Facsimile:   (805) 962-0722
Email:        pbezek@foleybezek.com
                 rcurtis@foleybezek.com

J. Paul Gignac, State Bar No. 125676
**ARIAS OZZELLO & GIGNAC** LLP
115 South La Cumbre Lane, Ste. 300
Santa Barbara, CA 93105
Telephone:  (805) 683-7400
Facsimile:   (805) 683-7401
Email:        j.paul@aogllp.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RAYMOND BOWER on behalf of himself  and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>CELLCO PARTNERSHIP dba VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.:  _____<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>(1)  VIOLATION OF THE FEDERAL COMMUNICATIONS ACT;<br><br>(2)  DECLARATORY RELIEF UNDER THE DECLARATORY JUDGMENT ACT;<br><br>(3)  BREACH OF CONTRACT;<br><br>(4)  VIOLATION OF THE CONSUMERS LEGAL REMEDIES ACT;<br><br>(5) VIOLATION OF CAL. BUS. AND PROF. CODE §17200; AND<br><br>(6) VIOLATION OF CAL. PUB. UTIL. CODE § 2890.<br><br>JURY DEMAND |

1

**COMPLAINT**

## NATURE OF THE ACTION

1.      This is a consumer class action for, *inter alia*, violations of federal law, California state law and common law arising out of defendants' placement of deceptive, misleading and unauthorized charges on consumers' bill. This wrongful conduct predictably involves small amounts of damages, and defendants are attempting to carry out a scheme to deliberately cheat large numbers of consumers out of individually small sums of money. Plaintiff brings this action in his own right and on behalf of a California state class of all others similarly situated.

2.      All allegations made in this Complaint are based upon information and belief except those allegations that pertain to the plaintiff, which are based on personal knowledge. Each allegation in this Complaint either has evidentiary support or, alternatively, pursuant to Rules 8(e)(2) and 11(b)(3) of the Federal Rules of Civil Procedure, is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

## JURISDICTION AND VENUE

3.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because this matter involves a federal question, namely a violation of 47 U.S.C. § 201. Further, pursuant to 47 U.S.C. § 207, jurisdiction is proper in this Court because this is a suit for the recovery of damages under the provisions of the Federal Communications Act. Jurisdiction is also conferred on this Court by 28 U.S.C. § 1332(d), as amended by the Class Action Fairness Act of 2005. In addition, under 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over the state law claims because all of the claims are derived from a common nucleus of operative facts and are such that Plaintiff ordinarily would expect to try them in one judicial proceeding.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) and 1446(a) because one or more of the defendants transacts substantial business within, and is subject to personal jurisdiction in, this judicial district, and

**COMPLAINT**

1  because a substantial part of the events giving rise to the claims asserted herein

2  took place in this judicial district.

### PARTIES

4  5.      Plaintiff Raymond Bower (hereinafter "Plaintiff Bower") is, and at all

5  times relevant to the claims alleged herein was, a resident of Lancaster, California.

6  6.      Defendant Cellco Partnership (hereinafter "Cellco" or "Defendant") is,

7  and at all times relevant hereto was, a Delaware general partnership with its

8  principal place of business located in Bedminster, New Jersey.  Cellco Partnership

9  conducts business under the name Verizon Wireless.

10  7.      Plaintiff Bower is unaware of the true names, identities and capacities of

11  the defendants sued herein as DOES 1 through 10.  Plaintiff Bower will amend this

12  Complaint to allege the true names and capacities of DOES 1 through 10 when

13  ascertained.  Plaintiff Bower is informed and believes, and thereupon alleges, that

14  each of the defendants sued herein as a DOE is legally responsible in some manner

15  for the events and happenings set forth herein, and has proximately caused injuries

16  and damages to Plaintiff Bower as set forth below.

17  8.      Whenever, in this Complaint, reference is made to any act, deed or

18  conduct of Defendant, the allegation means that Defendant engaged in the act,

19  deed or conduct by or through one or more of its officers, directors, agents,

20  employees or representatives who was actively engaged in the management,

21  direction, control or transaction of the ordinary business and affairs of Defendant.

### FACTUAL BACKGROUND

23  9.      Plaintiff Bower has been a Verizon Wireless customer for more than 5

24  years.   Each month he receives a monthly bill from Defendant detailing his

25  wireless telephone charges.

26  10.      In or about December 2008, Plaintiff Bower signed up for a free 30-day

27  trial of a service called Verizon Navigator by downloading the Verizon Navigator

28  program onto his phone.  According to Defendant's website, Verizon Navigator is

a $9.99/month service that "uses GPS positioning to tell you where you are, what's nearby, and to give you directions - quickly and easily." After testing this service for approximately 10 days during the free trial period, Plaintiff Bower decided that he did not like the service, and he called Defendant and requested that Defendant cancel the Verizon Navigator service.

11.     Despite Plaintiff Bower cancelling this service during the free trial period, beginning with Plaintiff Bower's January 7, 2009 bill, under the section of Plaintiff Bower's bills labeled "Usage Charges – Get It Now Downloads", unauthorized charges appeared each and every month for more than a year.  These charges were labeled "Get It Now Downloads" and were always $9.99 each.

12.     When Plaintiff Bower contacted Defendant about these charges, Plaintiff Bower was informed that these charges stemmed from the Verizon Navigator service that he had cancelled during the free trial period and was no longer using.

13.     Plaintiff Bower, on at least six separate occasions, called Verizon Wireless to complain about these re-occurring charges, and each time he was told that he would be credited for any past charges and that the erroneous charges would no longer appear on his bill.

14.     Despite these promises, the unauthorized charges for the Verizon Navigator service continued to appear on his bills.  In addition, Plaintiff Bower is informed and believes that other unauthorized charges (in addition to the $9.99 charges on his bills) are related to the Verizon Navigator service.   Plaintiff paid each bill in full, including many unauthorized charges for which he has not received a credit.

15.     In addition, the "Get It Now Download" entries on Defendant's billing statements to its customers are not sufficiently clear in presentation and are not specific enough in content to enable a reasonable consumer to accurately assess whether the services for which he/she was billed correspond to those services that he/she has requested and received.   True and correct copies of excerpts from

Plaintiff's monthly billing statements for January 2009, June 2009 and September 2009 are attached collectively hereto as Exhibit "A".

## CLASS ACTION ALLEGATIONS

16.     Plaintiff Bower brings this action, on behalf of himself and all others similarly situated, as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.  The class that Plaintiff Bower seeks to represent is defined as: all residents of the State of California who have been charged and have paid for the Verizon Navigator service after cancelling such service or without ever specifically requesting such service from Defendant ("the Class").

17.     This action is brought and properly may be maintained as a class action pursuant to the provisions of F.R.Civ.P. 23(a)(1)-(4) and 23(b)(1), (b)(2) or (b)(3) and satisfies the requirements thereof.

18.     While the exact number of members of the Class is unknown to Plaintiff Bower at this time and can only be determined by appropriate discovery, membership in the Class is ascertainable based upon the billing records maintained by Defendant.  Indeed, many Verizon Wireless customers are complaining about this same problem on the Internet:

        (a)     On the website  http://800notes.com/Phone.aspx/1-800-350-2830, an Internet poster named Valerie claims: "I was being charged for Navigator since Jan. 14 on my Verizon account. Verizon says I downloaded the Navigator program on my cell phone on Jan. 14. I know that I did not download the program. . . . Verizon has been charging me an extra $10.00 a month for the Navigator program that I do not use and did not download."

        (b)     On the website  http://text.broadbandreports.com/shownews/Verizon-To-Refund-Millions-For-Unwanted-Ring-Tones-103115     an Internet poster wrote: "I wonder if they're also going to stop charging people for "free trials" that they've tried to cancel repeatedly. When I upgraded my phone around the beginning of the year, it came with some free trials (VZW Navigator &

something else.) I never even tried it out, so I cancelled it a week before the trial period was even up -- or so I thought. For the next few months, they kept trying to bill me for it anyway. I'd call in, get a credit issued, and supposedly the services I didn't want were cancelled. Then the same thing would happen next month. . . I understand mistakes and glitches happen, and I wouldn't be too upset if it had happened just once. But for it to happen repeatedly like this is simply inexcusable."

(c) On the website http://www.my3cents.com/companyReview.cgi? compid=556&subcat=6 an Internet poster wrote: "Unbelievable is the first word that comes to mind related to. . . the nightmare, that dealing with Verizon has been for myself and my family since May of 2008 . . . . Our bills reflect services we have never requested (navigator, unlimited games etc.). Hours and hours (at least 20 in total over the last months) on hold with Verizon Wireless who then transfer us to the landline bill pay center who transfer us to "one bill" and none of these folks can help us. They each refer to the other. A 1/2 day of PTO time wasted last week to visit the Verizon Store and guess what? They could not help either."

(d) On the website http://coreyshields.com/node/69 an Internet poster wrote: "When Linds' got her new phone, they asked if we wanted VZ Navigator and some other service. I told them no. She said that I had the VZ Nav. for free for one month and all I had to do was cancel it on the phone. I marked it on the calendar and made sure that I canceled it before the month was over. The next bill I had a $10.99 charge for VZ Navigator."

19.     At this time, Plaintiff Bower is informed and believes that the Class likely includes thousands of members.   Therefore, the Class is sufficiently numerous that joinder of all members of the Class and in a single action is impracticable under F.R.Civ.P. 23(a)(1), and the resolution of their claims through the procedure of a class action will be of benefit to the parties and the Court.

20.     Common questions of law and fact exist as to the members of the Class, as required by F.R.Civ.P. 23(a)(2), and predominate over any questions that affect

1  only individual members of the Class within the meaning of F.R.Civ.P. 23(b)(3).

2  21.     The common questions of fact include, but are not limited to, the
3  following:

4              (a)   whether Defendant has engaged in a practice of unauthorized
5  billing for Verizon Navigator;

6              (b)   whether Defendant fully and adequately disclosed to consumers
7  its billing policies and practices for Verizon Navigator; and

8              (c)   whether the class members have sustained damages as a result of
9  Defendant's practice of unauthorized billing for Verizon Navigator and, if so, the
10  proper measure and appropriate formula to be applied in determining such
11  damages.

12  22.     The questions of law that are common to the members of the Class
13  include, but are not limited to, the following:

14              (a) whether Defendant's practice of unauthorized billing for Verizon
15  Navigator and/or Defendant's failure to make full and adequate disclosures to its
16  customers concerning its billing practices violates §201(b) of the Federal
17  Communications Act;

18              (b)   whether the class members are entitled to the declaratory relief
19  sought herein;

20              (c) whether Defendant's practice of unauthorized billing for Verizon
21  Navigator and/or Defendant's failure to make full and adequate disclosures to its
22  customers concerning its billing practices constitutes a breach of the terms and
23  conditions of the class members' contractual agreements with Defendant;

24              (d) whether Defendant's practice of unauthorized billing and/or
25  Defendant's failure to make full and adequate disclosures to its customers
26  concerning its billing practices violates one or more provisions of the Consumers
27  Legal Remedies Act;

28              (e) whether Defendant's practice of unauthorized billing for Verizon

**COMPLAINT**

1   Navigator and/or Defendant's failure to make full and adequate disclosures to its
2   customers concerning its billing practices constitutes an unfair, unlawful and/or
3   fraudulent business practice under California Business and Professions Code
4   section 17200, et seq.; and

5              (f)  whether Defendant's practice of unauthorized billing for Verizon
6   Navigator and/or Defendant's failure to make full and adequate disclosures to its
7   customers concerning its billing practices constitutes a violation of California
8   Public Utility Code section 2890.

9   23.    Plaintiff Bower's claims are typical of the claims of the other members of
10  the Class whom he seeks to represent under F.R.Civ.P. 23(a)(3) because Plaintiff
11  Bower and each member of the Class have been subjected to the same improper
12  billing practices and have been damaged in the same manner thereby.

13  24.    Plaintiff Bower will fairly and adequately represent and protect the
14  interests of the Class as required by F.R.Civ.P. 23(a)(4).  Plaintiff Bower is an
15  adequate representative of the Class because he has no interests that are adverse to
16  the interests of the other members of the Class.  Plaintiff Bower is committed to
17  the vigorous prosecution of this action and, to that end, Plaintiff Bower has
18  retained counsel who are competent and experienced in handling class action
19  litigation on behalf of consumers.

20  25.    A class action is superior to any other available methods for the fair and
21  efficient adjudication of the claims asserted in this action under F.R.Civ.P. 23(b)(3)
22  since:

23             (a)    the expense and burden of individual litigation make it
24  economically unfeasible for class members to seek redress other than through the
25  procedure of a class action;

26             (b)   if separate actions were brought by individual class members, the
27  resulting duplicity of lawsuits would cause undue hardship and expense to the
28  Court and the litigants by necessitating multiple trials of similar factual issues; and

1        (c)  absent a class action, Defendant likely would retain the benefits of
2   its wrongdoing, and there would be a failure of justice.

3

4   26.      In the alternative, this action is certifiable under the provisions of
5   F.R.Civ.P. 23(b)(1) and/or 23(b)(2) because:

6        (a)  the prosecution of separate actions by individual class members
7   would create a risk of inconsistent or varying adjudications with respect to
8   individual class members that would establish incompatible standards of conduct
9   for Defendant;

10        (b)  the prosecution of separate actions by individual class members
11  would create a risk of adjudications as to them that would, as a practical matter, be
12  dispositive of the interests of the other class members not parties to the
13  adjudications, or substantially impair or impede their ability to protect their
14  interests; and

15        (c)  Defendant has acted or refused to act on grounds generally
16  applicable to the Class, thereby making appropriate final injunctive relief or
17  corresponding declaratory relief with respect to the Class as a whole and
18  necessitating that any such relief be extended to the class members on a
19  mandatory, class wide basis.

20  27.      Plaintiff is aware of no difficulty that will be encountered in the
21  management of this litigation which should preclude its maintenance as a class
22  action.

23  28.      The names and addresses of the members of the Class are available from
24  Defendant's records.  Notice can be provided to the members of the Class via first
25  class mail or otherwise using techniques and a form of notice similar to those
26  customarily used in consumer class actions arising under California state law and
27  federal law.  Specifically, notice can be provided to the members of the Class who
28  are current customers of Defendant by including a bill insert notice in the monthly

1  wireless telephone bills sent to Defendant's customers, with the minimal cost of
2  such notice to be borne by Defendant.

### FIRST CLAIM FOR RELIEF

### (Violation Of The Federal Communications Act,

### 47 U.S.C. § 201)

6  29.      Plaintiff Bower repeats and incorporates herein by reference each and
7  every allegation in paragraphs 1 through 28, inclusive, as though fully set forth
8  herein.

9  30.      Plaintiff Bower brings this claim for relief on behalf of himself and the
10 members of the Class.

11 31.      Defendant   is   a   common   carrier   engaged   in   interstate   wireless
12 communication for the purpose of furnishing communication services within the
13 meaning of §201(a) of the Federal Communications Act ("FCA").

14 32.      Defendant's  practice  of  unauthorized  billing  for  Verizon  Navigator
15 constitutes an unjust and unreasonable charge and practice in connection with
16 communication services and, therefore, violates §201(b) of the FCA.  In addition,
17 Defendant's  failure  to  make  full  and  adequate  disclosures  to  its  customers
18 concerning the services being provided to them violates CFR § 64.2401 and,
19 therefore, violates §201(b) of the FCA.

20 33.      As a direct and proximate result of Defendant's violation of §201(b) of
21 the FCA, Plaintiff Bower and each member of the Class have been damaged in an
22 amount according to proof at trial.

### SECOND CLAIM FOR RELIEF

### (Declaratory Relief Under The Declaratory Judgment Act,

### 28 U.S.C. § 2201, et seq.)

26 34.      Plaintiff Bower repeats and incorporates herein by reference each and
27 every allegation in paragraphs 1 through 28, inclusive, as though fully set forth
28 herein.

COMPLAINT

35.     Plaintiff Bower brings this claim for relief on behalf of himself and the members of the Class.

36.     An actual controversy has arisen and now exists between Plaintiff Bower and the class members, on one hand, and Defendant, on the other hand, concerning their respective rights and duties in that Plaintiff Bower and the class members contend that Defendant is engaging in and continues to engage in unauthorized billing practices for Verizon Navigator and is failing to make full and adequate disclosures to its customers concerning the services being provided to them, while Defendant contends that its actions and conduct are lawful and proper.

37.     A judicial declaration is necessary and appropriate at this time, under the circumstances presented, in order that Plaintiff Bower and the members of the Class may ascertain their rights and duties with respect to Defendant's practices.

## THIRD CLAIM FOR RELIEF

### (Breach Of Written Contract)

38.     Plaintiff Bower repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 28, inclusive, as though fully set forth herein.

39.     Plaintiff Bower brings this claim for relief on behalf of himself and the members of the Class.

40.     Plaintiff Bower and Defendant entered into a written contract under which Defendant agreed to provide Plaintiff Bower with wireless telephone service.

41.     Plaintiff Bower and each member of the Class are parties to written contracts, namely wireless telephone service agreements, with Defendant that are uniform with respect to the provisions applicable to the claims asserted against Defendant.

42.     Plaintiff Bower and the members of the Class have performed all conditions, covenants, and promises required to be performed on their part in

accordance with the terms and conditions of the wireless telephone service agreements, except to the extent such performance was excused, released or waived by the actions, conduct or agreement of Defendant.

43.     Defendant breached its contractual obligations under the wireless telephone service agreements with Plaintiff Bower and each member of the Class by engaging in the practice of unauthorized billing for Verizon Navigator and by failing to make full and adequate disclosures to its customers concerning the services being provided to them.  In addition, Defendant breached its contractual obligations under the wireless telephone service agreements by either cramming Verizon Navigator services on its customers' accounts or continuing to bill its customers for Verizon Navigator service after the customers had cancelled the service.

44.     As a direct and proximate result of Defendant's breach of the wireless telephone service agreements, Plaintiff Bower and each member of the Class have been damaged in an amount according to proof at trial.

## FOURTH CLAIM FOR RELIEF

### (Violation Of The Consumers Legal Remedies Act,

### California Civil Code § 1750, et seq.)

45.     Plaintiff Bower repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 28, inclusive, as though fully set forth herein.

46.     Plaintiff Bower brings this claim for relief on behalf of himself and the members of the Class pursuant to the Consumers Legal Remedies Act, *California Civil Code* §1750 et seq. ("the CLRA").

47.     The CLRA applies to Defendant's actions and conduct described herein because it extends to transactions which are intended to result, or which have resulted, in the sale or lease of goods or services to consumers.

48.     Plaintiff Bower and each member of the Class is a "consumer" within the

1   meaning of *California Civil Code* §1761(d).

2   49.     The wireless telephone service that Plaintiff Bower and each member of

3   the Class obtained through Defendant comes within the definition of "services" set

4   forth in California Civil Code §1761(b).

5   50.     By engaging in the practice of unauthorized billing for Verizon

6   Navigator, cramming Verizon Navigator services on customers' accounts and/or

7   continuing to bill customers for Verizon Navigator service after the customers had

8   cancelled the service and by failing to make full and adequate disclosures to its

9   customers concerning the services being provided to them, Defendant has violated,

10  and continues to violate, the CLRA in at least the following respects:

11         (a)   in violation of section 1770(a)(4) of the CLRA, Defendant has

12  used deceptive representations in connection with services;

13         (b)   in violation of section 1770(a)(5) of the CLRA, Defendant has

14  represented that services have characteristics or benefits which they do not have;

15  and

16         (c)   in violation of section 1770(a)(14) of the CLRA, Defendant has

17  represented that a transaction confers or involves rights which it does not have or

18  involve.

19  51.     In addition, in violation of section 1770(a)(19) of the CLRA, Defendant

20  has inserted an unconscionable provision in a contract – namely, a provision

21  requiring Plaintiff Bower and each member of the Class to arbitrate any disputes

22  arising out of the wireless services agreement and to do so solely on an individual

23  basis.

24  52.     Unless Defendant is enjoined from continuing to engage in violations of

25  the CLRA, Plaintiff Bower and the other members of Class will continue to be

26  injured by Defendant's actions and conduct.

27                    **FIFTH CLAIM FOR RELIEF**

28  **(Violation Of The Unfair Competition Law – California Business And**

**Professions Code § 17200, <u>et seq.</u>)**

53.     Plaintiff Bower repeats and incorporates herein by reference each and every allegation in paragraphs 1 through 27, inclusive, as though fully set forth herein.

54.     Plaintiff Bower brings this claim for relief on behalf of himself and the members of the Class.

55.     Defendant has engaged in and continues to engage in the unfair, unlawful and/or fraudulent business practices of unauthorized billing for Verizon Navigator, cramming Verizon Navigator services on customers' accounts and/or continuing to bill customers for Verizon Navigator service after the customers had cancelled the service, and failing to make full and adequate disclosures to its customers concerning the services being provided to them.

56.     By engaging in the above-described practices, Defendant has committed one or more acts of unfair competition within the meaning of *California Business and Professions Code* § 17200.

57.     Defendant's practices are unfair because Defendants do not fully and adequately disclose its billing practices to its customers at the time that the customers contract with Defendant to obtain their wireless telephone service and, in addition, because Defendant either crammed Verizon Navigator services on customers' accounts or continued to bill customers for Verizon Navigator service after the customers had cancelled the service and, therefore, are immoral, unethical, oppressive, unscrupulous and/or substantially injurious to the members of the Class.

58.     Defendant's practices are unlawful because they violates, *inter alia*, §201(b) of the FCA, CPUC §2890, CFR § 64.2401 and §1770 of the CLRA.

59.     Defendant's practices are fraudulent because they have deceived and are likely to deceive members of the Class.

60.     Unless Defendant is enjoined from continuing to engage in these unfair,

1  unlawful and/or fraudulent business practices, Plaintiff Bower and the other Class
2  members will continue to be injured by Defendant's actions and conduct.

3  61.    So as not to be unjustly enriched by its own wrongful actions and
4  conduct, Defendant should be required to disgorge and restore to Plaintiff Bower
5  and the members of the Class all monies wrongfully obtained by Defendant as a
6  result of its unfair, unlawful and/or fraudulent business practices, together with
7  interest thereon.

8  **SIXTH CLAIM FOR RELIEF**

9  **(Violation Of California Public Utilities Code §2890)**

10  62.    Plaintiff Bower repeats and incorporates herein by reference each and
11  every allegation in paragraphs 1 through 28, inclusive, as though fully set forth
12  herein.

13  63.    Plaintiff Bower brings this claim for relief on behalf of himself and the
14  members of the Class.

15  64.    Defendant has engaged in and continues to engage in the practice of
16  unauthorized billing for Verizon Navigator, cramming Verizon Navigator services
17  on customers' accounts and/or continuing to bill customers for Verizon Navigator
18  service after the customers had cancelled the service and failing to make full and
19  adequate disclosures to its customers concerning the services being provided to
20  them as described herein.

21  65.    *California Public Utility Code* §2890 was passed to "addresses the
22  problem of 'cramming,' a practice in which consumers are charged for
23  unauthorized services in their phone bills. . . . Often the charges which are
24  'crammed' on the customer's bill are relatively small, less than $10, and
25  inconspicuously labeled. If one does not carefully scrutinize the telephone bill, the
26  crammed charge could easily be overlooked."

27  66.    By engaging in the above-described practices of unauthorized billing for
28  Verizon Navigator, cramming Verizon Navigator services on customers' accounts,

continuing to bill customers for Verizon Navigator service after the customers had cancelled the service, and failing to make full and adequate disclosures to its customers concerning the services being provided to them, Defendant has violated *California Public Utility Code* §2890 which states, *inter alia,* that "a telephone bill may only contain charges for products or services, the purchase of which the subscriber has authorized."

67.     As a direct and proximate result of Defendant's violations of *California Public Utility Code* §2890, Plaintiff Bower and the other members of the Class have been damaged in an amount according to proof at trial.

68.     Unless Defendant is enjoined from continuing to violate *California Public Utility Code* §2890, Plaintiff Bower and the members of the Class will continue to be injured by Defendant's actions and conduct.

69.     So as not to be unjustly enriched by its own wrongful actions and conduct, Defendant should be required to disgorge and restore to Plaintiff Bower and the members of the Class all monies wrongfully obtained by Defendant as a result of its violations of *California Public Utility Code* §2890, together with interest thereon.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Bower prays for judgment as follows:

### On The First Claim For Relief

For compensatory damages in an amount according to proof at trial;

For prejudgment interest commencing on the date of collection of the unauthorized charges; and,

For reasonable attorneys' fees pursuant to 47 U.S.C. §206.

### On The Second Claim For Relief

That this Court declare that Defendant's practices of unauthorized billing for Verizon Navigator, cramming Verizon Navigator services on customers' accounts, continuing to bill customers for Verizon Navigator service after the customers had

cancelled the service, and failing to make full and adequate disclosures to its customers concerning the services being provided to them are unjust, unreasonable and unlawful.

### On The Third Claim For Relief

For compensatory damages in an amount according to proof at trial; and

For prejudgment interest commencing on the date of collection of the unauthorized charges.

### On The Fourth Claim For Relief

For an order enjoining Defendant from engaging in the practices of unauthorized billing for Verizon Navigator, cramming Verizon Navigator services on customers' accounts, continuing to bill customers for Verizon Navigator service after the customers had cancelled the service and failing to make full and adequate disclosures to its customers concerning the services being provided to them.

### On The Fifth Claim For Relief

For an order enjoining Defendant from engaging in the practices of unauthorized billing for Verizon Navigator, cramming Verizon Navigator services on customers' accounts, continuing to bill customers for Verizon Navigator service after the customers had cancelled the service and failing to make full and adequate disclosures to its customers concerning the services being provided to them.;

For disgorgement and restitution to Plaintiff Bower and the members of the Class of all monies wrongfully obtained and retained by Defendant; and

For interest on the monies wrongfully obtained from the date of collection of the unauthorized charges through the date of entry of judgment in this action.

### On The Sixth Claim For Relief

That this Court declare that Defendant's practices of unauthorized billing for Verizon Navigator, cramming Verizon Navigator services on customers' accounts, continuing to bill customers for Verizon Navigator service after the customers had cancelled the service and failing to make full and adequate disclosures to its

1   customers concerning the services being provided to them, violates CPUC § 2890;

2        For an order enjoining Defendant from engaging in the practices of

3   unauthorized billing for Verizon Navigator, cramming Verizon Navigator services

4   on customers' accounts, continuing to bill customers for Verizon Navigator service

5   after the customers had cancelled the service and failing to make full and adequate

6   disclosures to its customers concerning the services being provided to them;

7        For disgorgement and restitution to Plaintiff Bower and the members of the

8   Class of all monies wrongfully obtained and retained by Defendant;

9        For compensatory damages in an amount according to proof at trial; and

10        For interest on the monies wrongfully obtained from the date of collection of

11   the unauthorized charges through the date of entry of judgment in this action.

**On All Claims For Relief**

13        For all attorneys' fees, expenses and recoverable costs reasonably incurred

14   in connection with the commencement and prosecution of this action; and

15        For such other and further relief as the Court deems just and proper.

18   DATED: June 21, 2010          **FOLEY BEZEK BEHLE & CURTIS** LLP
19                                **ARIAS OZZELLO & GIGNAC** LLP

21                                By: _____
22                                    Robert A. Curtis

23                                Attorneys for Plaintiff Raymond Bower
24   ///

25   ///

26   ///

27   ///

28   ///

18

**COMPLAINT**

## JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable in this action

DATED:  June 21, 2010                   **FOLEY BEZEK BEHLE & CURTIS** [LLP]
                                        **ARIAS OZZELLO & GIGNAC** [LLP]


                                        By: _____
                                              Robert A. Curtis

                                        Attorneys for Plaintiff Raymond Bower

**COMPLAINT**

# EXHIBIT A

# EXHIBIT A



**verizon**

Billing Date: **01/07/09**   Page 1 of 16
Telephone Number : 661 943-1133  871005
Account Number: 01 1766 1165299682 10
How to Reach Us :  See page 2

RAYMOND BOWER

## Account Summary

| | |
|---|---|
| Previous Charges | $ 372.76 |
| Payment Received Dec 24. Thank You. | – 372.76 |
| **Balance** | **$ .00** |

### New Charges

| | |
|---|---|
| Verizon ( page 3) | $ 70.89 |
| DIRECTV ( page 4) | 83.37 |
| Verizon Online ( page 5) | 37.99 |
| Verizon Wireless ( page 5) | 213.69 |
| Verizon Long Distance ( page 13) | 6.84 |
| **Total New Charges Due  Jan 31, 2009** | **$ 412.78** |

To avoid a late payment charge, payment
must be received before Feb 7, 2009.

| | |
|---|---|
| **Total Due** | **$ 412.78** |

*1-20-08*
*LBLB3HWS*

### Moving?

*Moving? 1-866-VZ-MOVES*
*One call gets you up & running!*
*Count on the Verizon network to make*
*at least one part of your move easier.*
*Across the street or across the nation*
*all you need is one call to Verizon to*
*set up your Internet, phone & digital*
*TV in your new home in no time.*
*Service availability varies.*

**Mail Payments To:**
Verizon California, PO Box 9688, Mission Hills CA 91346-9688

**Change of billing address?**
Go to verizon.com/billingaddress or call us.

**see other side for important regulatory messages**        ▼ Detach & return payment slip with your check, payable to Verizon.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**verizon**

☐  Yes! *I want to be a Literacy Champion.
Sign me up for a $1 monthly donation
to* **Verizon Reads.** *Your signature is
required.* _____

Account:     01 1766 1165299682 10     210*HBRDA1
New Charges Due:  **Jan 31, 2009**      00048794 02000331567
01-CA     1766
6619431133   19871005

**Total Due:  $ 412.78**     010709

Amount Paid :

$ ☐☐☐☐☐☐

00048794 02 AV 0.449  DC010711 0245
RAYMOND BOWER
43751 37TH ST W
LANCASTER CA  93536-6305

VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS CA  91346-9688

01 1766 1165299682 10N0000000000 00000041278 04

Ex A pg 1 of 6

**verizon**

**verizon**wireless

Billing Date: **01/07/09**   Page **12** of 16
Telephone Number : 661 943-1133  871005
Account Number: 01 1766 1165299682 10
How to Reach Us : See page 2

*Verizon Wireless
inquiry call
1 877 214-4572*

## USAGE CHARGES

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Voice** | | | | | |
| SharePlan | minutes | 3000shared | 919 | -- | -- |
| IN Calling | minutes | unlimited | 534 | -- | -- |
| Night/Weekend | minutes | | 1299 | -- | -- |
| **Total Voice** | | | | | $.00 |

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Data** | | | | | |
| TXT Messaging | messages | unlimited | 967 | -- | -- |
| UnlimitedIN TXT | messages | unlimited | 265 | -- | -- |
| PIX-FLIX Messaging | messages | unlimited | 9 | -- | -- |
| Get It Now Downloads | downloads | -- | 2 | 2 | 9.99 |
| Megabyte Usage | megabytes | | 9 | 9 | 17.91 |
| **Total Data** | | | | | $27.90 |
| **Total Usage Charges** | | | | | $27.90 |

## NEED-TO-KNOW INFORMATION

California - Questions About Your Bill?
Call Customer Service at 1-877-214-4572. Send written disputes to:
Verizon Wireless, Customer Service, P.O. Box 96082, Bellevue, WA
98009.  If you are disputing a charge because you contend it was not
authorized, and we need time to investigate the complaint, you are not
required to pay the disputed amount while our investigation is
pending.  If you have a complaint you cannot resolve with us, write
the California Public Utilities Commission at Consumer Affairs Branch,
505 Van Ness Ave., San  Francisco, CA 94102, or at www.cpuc.ca.gov,
or call 1-800-649-7570 or TTS 1-800-229-6846.
Warranty Replacements
Experiencing problems with your handset? Call us at 1.866.406.5154
from a landline phone. If we're unable to resolve the issue and it's
due to a manufacturing defect within the first year of ownership,
we'll send a replacement device right to your door for free. For
assistance with billing inquiries or to reach Customer Service, please
call 1.800.922.0204.
Toll-Free Number Calling Reminder
Verizon Wireless offers Caller ID Blocking service to protect the
privacy of your wireless phone number. When Caller ID Block is
activated, your wireless phone number will not be displayed when you
call someone who uses Caller ID. However, there are some limitations
to the service. When placing calls to certain 800 toll-free numbers,
or when dialing 911 emergency services, your wireless phone number may
be disclosed even if Caller ID Block is activated on your wireless
phone. You should also be aware that (a) if you call a local emergency
service seven-digit telephone number while Caller ID Block is
activated, or (b) if Caller ID Block is not activated and you attempt



Billing Date: **06/07/09**    Page 1 of 16
Telephone Number : 661 943-1133  871005
Account Number:  01 1766 1165299682 10
How to Reach Us :  See page 2

RAYMOND BOWER

## Account Summary

| | |
|---|---|
| Previous Charges | $ 532.41 |
| Payment Received May 22. Thank You. | − 532.41 |
| **Balance** | **$ .00** |

### New Charges

| | |
|---|---|
| Verizon (page 3) | $ 91.67 |
| DIRECTV (page 4) | 87.44 |
| Verizon Online (page 5) | 37.99 |
| Verizon Wireless (page 5) | 216.82 |
| Verizon Long Distance (page 13) | 7.09 |
| **Total New Charges Due  Jul 1, 2009** | **$ 441.01** |

To avoid a late payment charge, payment
must be received before Jul 8, 2009.

| | |
|---|---|
| **Total Due** | **$ 441.01** |

*JB8BW1AA*
*6-24-09*
*441.01*

**Mail Payments To:**
Verizon California, PO BOX 9688, Mission Hills CA 91346-9688

**Change of billing address?**
Go to verizon.com/billingaddress or call us.

**see other side for important regulatory messages**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

▼ Detach & return payment slip with your check, payable to Verizon.

| | |
|---|---|
| Account: | 01 1766 1165299682 10 |
| **New Charges Due:** | **Jul 01, 2009** |
| **Total Due:** | **$ 441.01** |

**Yes!** I want to be a Literacy Champion.
Sign me up for a $1 monthly donation
to **Verizon Reads.** Your signature is
required. _____

Amount Paid :

$ ☐ ☐ ☐ ☐ ☐

060709

```
210*HBRDA1
00044306 020000294197
01-CA   1766
6619431133  19871005
```

00044306  02 AV  0.460  DC060711  0229
RAYMOND BOWER
43751 37TH ST W
LANCASTER CA  93536-6305

VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS CA  91346-9688

01 1766  1165299682  1DN00000000000  00000044101 06



*Verizon Wireless
inquiry call
1 877 214-4572*

## USAGE CHARGES

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Voice** | | | | | |
| SharePlan | minutes | 3000shared | 2131 | --- | --- |
| Mobile toMobile | minutes | unlimited | 1910 | --- | --- |
| Night/Weekend | minutes | | 1843 | --- | --- |
| 411 Search | calls | -- | 2 | 2 | 2.98 |
| **Total Voice** | | | | | **$2.98** |

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Data** | | | | | |
| TXT Messaging | messages | unlimited | 1274 | --- | --- |
| UnlimitedM2M TXT | messages | unlimited | 81 | --- | --- |
| PIX-FLIX Messaging | messages | unlimited | 19 | --- | --- |
| Get It Now Downloads | downloads | -- | 3 | 3 | 9.99 |
| Megabyte Usage | megabytes | -- | 9 | 9 | 17.91 |
| **Total Data** | | | | | **$27.90** |
| **Total Usage Charges** | | | | | **$30.88** |

## NEED-TO-KNOW INFORMATION

California - Questions About Your Bill?
Call Customer Service at 1-877-214-4572. Send written disputes to:
Verizon Wireless, Customer Service, P.O. Box 96082, Bellevue, WA
98009. If you are disputing a charge because you contend it was not
authorized, and we need time to investigate the complaint, you are not
required to pay the disputed amount while our investigation is
pending. If you have a complaint you cannot resolve with us, write
the California Public Utilities Commission at Consumer Affairs Branch,
505 Van Ness Ave., San   Francisco, CA 94102, or at www.cpuc.ca.gov,
or call 1-800-649-7570 or TTS 1-800-229-6846.
Warranty Replacements
Experiencing problems with your handset? Call us at 1-866-406-5154
from a landline phone. If we're unable to resolve the issue and it's
due to a manufacturing defect within the first year of ownership,
we'll send a replacement device right to your door for free. For
assistance with billing inquiries or to reach Customer Service, please
call1-800-922-0204.
Stay Connected When Traveling Abroad
Verizon Wireless offers voice service in more than 220 destinations
around the world and data access in more than 177 destinations. To
find out about phone or PDA capabilities and whether your destination
is on the list, visit verizonwireless.com/vzglobal for data coverage
and voice service.
New Safeguards Now Available
You can now block calls, text messages and Internet spam for each line
on your account on My Verizon. Now you have the flexibility and
privacy to manage your own safety and control features in one,

Ex A pg 4 of 6

Billing Date: **09/07/09**   Page **1** of 16
Telephone Number : 661 943-1133  871005
Account Number:  01 1766 1165299682 10
How to Reach Us :  See page 2

Billing Date: **09/07/09**   Page **3** of 16
Telephone Number : 661 943-1133  871005
Account Number: 01 1766 1165299682 10
How to Reach Us :  See page 2

ER

ary

| | |
|---|---|
| | $ 464.60 |
| Aug 27. Thank You. | − 464.60 |
| | $ .00 |

| | |
|---|---|
| | $ 92.37 |
| | 92.55 |
| ge 5) | 37.99 |
| page 5) | 142.88 |
| nce (page 13) | 6.09 |
| age 14) | 7.81 |
| s Due  Oct 1, 2009 | $ 379.69 |

ent charge, payment
ore Oct 8, 2009.

**$ 379.69**

on Wireless adjustment. See page 6.

T BVBS8VC
9/30/09

) Box 9688, Mission Hills CA 91346-9688

ldress?
ingaddress or call us.

nportant regulatory messages

nt to be a Literacy Champion.
up for a $1 monthly donation
**on Reads.** Your signature is



**Talk Around The World!**
118 countries for $10/mo - add Verizon
International Single Rate Plan to your
existing Verizon Freedom package and
enjoy 300 minutes of talk time for
just $10/mo. Sign up today & start
saving! Call now 1-877-590-7577.
Terms, restrictions and
premium surcharges may apply.



**Answers And Fixes 24/7, 365**
Now you can count on Verizon for
more with Premium Technical Support.
Wireless not working? Setting up a new
PC for school? We're here for those
issues. PC, peripherals and beyond.
Just $9.99/mo 1st 3 mos.
plus taxes. Call 1-888-747-4977



**Get More, Save More**
At Verizon, we want to make sure
you're getting the best services at
the best value - from phone and
Internet, to TV and money-saving
bundles. Call 1-888-652-8111
today, and together we'll evaluate
your current services, and find
ways to save you even more.

▼ Detach & return payment slip with your check, payable to Verizon.

| | | |
|---|---|---|
| **it Rate** | | |
| 19.91 | 19.91 | |
| 19.91 | 19.91 | |
| 6.50 | 6.50 | |
| 7.00 | 7.00 | |
| | $ 53.32 | |

| | |
|---|---|
| | 1.63 |
| | .07 |
| | .21 |
| n | .73 |
| nd | .08 |
| | .20 |
| | .03 |
| | .47 |
| | .05 |
| | .84 |
| | .90 |
| | $ 5.21 |
| | $ 58.53 |

: (Sep 7 to Oct 7)

| | | |
|---|---|---|
| **t Rate** | | |
| 54.99 | 54.99 | |
| 3.00 | CR 3.00 | |
| | .00 | |
| | .00 | |
| | .00 | |
| | .00 | |
| | .00 | |
| | $ 51.99 | |

| | |
|---|---|
| **Rate** | |
| 19.91 | CR 19.91 |

| | |
|---|---|
| | CR $ 19.91 |

| | |
|---|---|
| | CR .62 |
| | .03 |
| | .09 |
| | .31 |
| | .03 |
| | .09 |
| | .01 |
| | 1.60 |
| | .20 |
| | .02 |
| | $ 1.76 |

Account:        01 1766 1165299682 10
New Charges Due: Oct 01, 2009

210*HBRDA1
00043132 020000257759
01-CA   1766
6619431133   19871005

**Total Due: $ 379.69**

090709

Amount Paid :   $ ☐ ☐ ☐ ☐ ☐

VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS CA  91346-9688

AV  0.460  DC090711  0160
WER
W
A  93536-6305

b 1165299682 1ONOOOOOOOOOOO  OOOOOO37969 O8

00043132  020000257761

Ex A  pg 5 of 6



Billing Date: **09/07/09**   Page **12** of **16**
Telephone Number : 661 943-1133  871005
Account Number: 01 1766 1165299682 10
How to Reach Us : See page 2

*Verizon Wireless*
*inquiry call*
*1 877 214-1572*

## CHARGES

**Monthly Access Charges**
| | |
|---|---:|
| Current Calling Plan  Add'l Line  08/17 - 09/16 | 9.99 |
| WPP Insurance - Asurion 08/17 - 09/16 | 4.99 |
| | **$ 14.98** |

**Usage Charges**
| | |
|---|---:|
| Voice | 1.49 |
| Data | 19.98 |
| | **$ 21.47** |

**Verizon Wireless' Surcharges**
| | |
|---|---:|
| Fed Universal Service Charge | .32 |
| Regulatory Charge | .07 |
| Administrative Charge | .92 |
| CA State P.U.C. Fee | .02 |
| | **$ 1.33** |

**Taxes, Governmental Surcharges and Fees**
| | |
|---|---:|
| CA State 911 Fee | .07 |
| CA State High Cost Fund (B) | .02 |
| CA Teleconnect Fund Surchg | .01 |
| CA State High Cost Fund (A) | .01 |
| Lifeline Surcharge - CA | .13 |
| CA Advanced Svrcs Fund (CASF) | .02 |
| CA Relay Srvc/Comm Device Fund | .02 |
| | **$ .28** |

**Total Current Charges for 661-466-3289**       **$ 38.06**

## USAGE CHARGES

**Voice**

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 3000shared | 821 | -- | -- |
| Mobile toMobile | minutes | unlimited | 3051 | -- | -- |
| Night/Weekend | minutes | | 273 | -- | -- |
| 411 Search | calls | -- | 1 | 1 | 1.49 |
| Total Voice | | | | | $1.49 |

**Data**

| | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| TXT Messaging | messages | unlimited | 1121 | -- | -- |
| UnlimitedM2M TXT | messages | unlimited | 140 | -- | -- |
| PIX-FLIX Messaging | messages | unlimited | 4 | -- | -- |
| Get It Now Downloads | downloads | -- | 3 | 3 | 19.98 |
| Total Data | | | | | $19.98 |
| Total Usage Charges | | | | | $21.47 |

√2 gelavigator

Ex  A  pg 6  of 6