| | |
|---|---|
| J. Paul Gignac, State Bar No. 125676<br>j.paul@aogllp.com<br>**ARIAS OZZELLO & GIGNAC LLP**<br>115 S. La Cumbre Lane, Suite 300<br>Santa Barbara, California 93105<br>Telephone:  (805) 683-7400<br>Facsimile:   (805) 683-7401 | Charles S. Wright (pro hac vice)<br>charleswright@dwt.com<br>**DAVIS WRIGHT TREMAINE, LLP**<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone: (206) 622-3150<br>Facsimile (216) 757-7700 |
| Peter J. Bezek, State Bar No. 102310<br>pbezek@foleybezek.com<br>Robert A. Curtis, State Bar No. 203870<br>rcurtis@foleybezek.com<br>**FOLEY BEZEK BEHLE & CURTIS, LLP**<br>15 West Carrillo Street<br>Santa Barbara, California 93101<br>Telephone:  (805) 962-9495<br>Facsimile:   (805) 962-0722 | Attorneys for Defendant |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAYMOND BOWER, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br>    vs.<br><br>CELLCO PARTNERSHIP dba VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.:  CV  10-4572 GW (VBKx)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: August 8, 2011<br>Time: 8:30 a.m.<br>Courtroom: 10<br><br>The Honorable George H. Wu |

DWT 18038117v1 0052051-013713 **JOINT STIPULATION ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiff Raymond Bower ("Bower") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") stipulate as follow:

1. Verizon Wireless brought a motion to compel arbitration of plaintiff's claims. (Doc. 34). Plaintiff opposed that motion. (Doc. 37).

2. At hearings on July 21 and July 28, the Court indicated it would grant Verizon Wireless's motion to compel arbitration for the reasons stated in the Court's tentative ruling attached to its July 21, 2011 Civil Minutes – General (Doc. 41), but reserved the issue of whether to stay this action pending arbitration as Verizon Wireless requested or to dismiss this action as plaintiff requested.

3. At a hearing on August 8, the Court stated that having granted Verizon Wireless's motion to compel arbitration, it would further grant plaintiff's request to dismiss this action instead of staying this matter.

4. In its August 8, 2011 Civil Minutes – General (Doc. 46), the Court stated "For reasons stated on the record, plaintiffs' request to dismiss this action without prejudice is **granted**. Defendants' Motion to Compel Arbitration is deemed **moot**."

5. Counsel for Bower and counsel for Verizon Wireless have met and conferred and believe that the following grounds exist for relief from the order reflected in the August 8 Civil Minutes under Fed.R.Civ.P. 60(b)(1). First, the predicate for dismissal of this action is that the Court has granted Verizon Wireless's motion to compel arbitration. Second, Bower never requested that the Court dismiss this action without prejudice.

6. Bower and Verizon Wireless, by and through their respective counsel, hereby stipulate and agree that it is appropriate for the Court to correct the August 8, 2011 Civil Minutes – General (Doc. 46) to state as follows:

"For the reasons stated in the Court's tentative ruling attached to its July 21, 2011 Civil Minutes – General (Doc. 41), the Court grants Defendant's Motion to Compel Arbitration.

For the reasons stated on the record during the telephonic hearing on August 8, 2011, the Court dismisses this action with prejudice."

IT IS SO STIPULATED.

Dated: August 19, 2011            **ARIAS OZZELLO & GIGNAC** LLP

By: __/s/_ J. Paul Gignac_____
    J. Paul Gignac, Esq.

Dated: August 19, 2011            **DAVIS WRIGHT TREMAINE** LLP

By: __/s/  Charles S. Wright_____
    Charles S. Wright, Esq.